The People of the State of New York, Respondent, *v.* Walter La Frantz, Appellant.

Submitted February 26, 1951; decided March 9, 1951.

700

*John P. McGrath, Corporation Counsel (Henry J. Shields* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.